"

"

"

# GZJ KDKV'H

**EXEMPLARY INFRINGEMENT CHART FOR U.S. PATENT NO. 11,991,234**[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by MBB Ventures LLC ("Spankbang"), using the Spankbang website, available at www.spankbang.com (last visited 4/17/2026) ("Spankbang Site"), that infringe at least claim 12 of U.S. Patent No. 11,991,234 ("'234 Patent"). Upon information and belief, Spankbang operates streaming services that infringe one or more claims of the '234 Patent (the "Accused Websites"), including at least the Spankbang Site.

The chart is exemplary and should not be read to limit DISH's assertions against Spankbang as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how Spankbang infringes the claims below.

The following evidence and descriptions, including tests conducted on the Spankbang Site, shows that the Accused Websites meet each element of the aforementioned claim(s) of the '234 Patent in substantially the same manner described below.

To the extent that users are required to meet elements of these claims, Spankbang induces its users to meet the claim limitation because Spankbang provides users with instructions and guidance on how users can use Accused Websites to perform each element of the claims. *See, e.g.*, https://spankbang.com/blog/spankbang-is-back-and-banging-harder-than-ever/ (last visited 4/17/2026); https://spankbang.com/creator/info (last visited 4/17/2026); https://spankbang.com/blog/spankbang-content-partner-program-faq/(last visited 4/17/2026).

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the '234 Patent addressed in that section unless otherwise indicated.

1

## I.    U.S. Patent No. 11,991,234

### A.    Claim 12

> *12[pre]        A method executable by a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network, the method comprising:*

The Spankbang Site provides information that permits a client device accessing the Spankbang Site to output rate-adaptive streams received via fulfilled HTTP Get requests to one or more servers associated with Spankbang connected to the client device via at least one TCP connection. Example client devices include Apple iPhones and Apple iPads equipped to access the internet via one or more network connections. The client devices include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of Spankbang tested and used the Spankbang Site on devices in the U.S. during the relevant time period.

The images in this chart are from the Spankbang Site through any computing device that includes a web browser, such as Microsoft Edge, Google Chrome, or iOS Safari. In addition, the media player executed based upon instructions given by the Spankbang Site is available to run on content player devices supporting all the latest versions of major web browsers.

Tests were conducted on videos offered over the Spankbang Site executed on an Apple iPhone. As part of the testing, an Apple iPhone accessing the Spankbang Site was connected to the internet through the Charles Proxy application, which enabled the ability to proxy the device's network traffic, to view the device's network traffic, and to throttle the network's available bandwidth. Thus, the test simulated how the Spankbang Site responded to lower and higher bandwidths. For the current test, a video titled "Rose kelly true masturbation" was selected, and at various times throughout the playback of the video, bandwidth was restricted to download speeds of 2048 kbps. As observed through the tests, when the user selects a video from the available videos, the media player executed by the instructions provided by the web page of the Spankbang Site displays more details regarding the video and provides the user with the option to view the video.

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from Spankbang's video server over the network, the Spankbang Site's adaptive bitrate streams are provided to the media player executed by the instructions provided by the web page of the Spankbang Site from a server over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

When executed, the Spankbang Site operates a media player operating on a client device, which is configured to request Spankbang's digital content from one or more servers via at least one TCP connection over the network.

Spankbang's content is stored on one or more servers over a network and is displayed to client devices via a media player executed by the instructions provided by the web page of the Spankbang Site. Spankbang confirms that it provides videos to client devices through media players on its website, accessible at https://spankbang.com/creator/info (last visited 4/17/2026) ("We support 'tube' videos, which are long, landscape-format videos. The technical specifications are a minimum length of 60 seconds, and all popular video formats are supported."). Further, on information and belief, employees, affiliates, and/or agents of Spankbang have tested and used the Spankbang Site on devices in the U.S. during the relevant time period.

The one or more servers accessible by the client device accessing the embedded media player store streamlets corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **vstream-15.sb-cd.com**.

| [2]Method | Host | Path[3] | ... | Status |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-a1.ts?... | ... | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-a1.ts?... | ... | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-a1.ts?... | ... | Complete |

---

[2] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
-   ORANGE = one or more servers
-   BLUE = media segment

[3] Video path abbreviated for readability throughout.

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-a1.ts?... | … | Complete |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-a1.ts?... | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-a1.ts?... | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-a1.ts?... | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-a1.ts?... | … | Complete |

The URI **vstream-15.sb-cd.com** is affiliated with the below IP addresses:

```
C:\Users\          >nslookup vstream-15.sb-cd.com
Server:   UnKnown
Address:  2600:1700:e40:ccf0::1

Non-authoritative answer:
Name:     1221174739.rsc.cdn77.org
Address:  185.180.13.16
Aliases:  vstream-15.sb-cd.com
```

Windows Powershell nslookup for vstream-15.sb-cd.com (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=185.180.13.16#ipresult shows this IP address associated with one or more servers in Los Angeles, California.

Thus, the Spankbang Site operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one transmission control protocol (TCP) connection.

The one or more servers, whose content is accessible by the client devices through a web page on the Spankbang Site, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, Spankbang stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The numerous variant streams of the video displayed by the media player executed by the instructions provided by the web page of the Spankbang Site include at least a low quality stream, a medium quality stream, and a high quality stream.

4

For example, in the instant test of a video titled "Rose kelly true masturbation," the client device made an HTTP GET request to **hls-uranus.sb-cd.com** for a master manifest located at the following path: **/hls/1/2/12024219-,240p,480p,720p,.mp4.urlset/master.m3u8?secure=m7Lq9ei7EmKS5iceduqWLA,1773934367&m=15&d=6&_tid=12024219** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

---

[4] #EXTM3U
#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=334273,RESOLUTION=426x240,FRAME-RATE=24.000,CODECS="avc1.42c01e,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1219292,RESOLUTION=852x480,FRAME-RATE=24.000,CODECS="avc1.4d401f,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1627245,RESOLUTION=1280x720,FRAME-RATE=24.000,CODECS="avc1.640020,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845

#EXT-X-I-FRAME-STREAM-INF:BANDWIDTH=47235,RESOLUTION=426x240,CODECS="avc1.42c01e",URI="https://hls-uranus.sb-cd.com/hls/1/2/12024219-240p.mp4/iframes-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
#EXT-X-I-FRAME-STREAM-INF:BANDWIDTH=169764,RESOLUTION=852x480,CODECS="avc1.4d401f",URI="https://hls-uranus.sb-cd.com/hls/1/2/12024219-480p.mp4/iframes-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
#EXT-X-I-FRAME-STREAM-INF:BANDWIDTH=204669,RESOLUTION=1280x720,CODECS="avc1.640020",URI="https://hls-uranus.sb-cd.com/hls/1/2/12024219-720p.mp4/iframes-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"

---

File path: **master.m3u8**

---

[4] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- YELLOW = variant streams
- RED = bitrates of variant streams

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 334273 (referred to herein as the "334273 Bandwidth") having a resolution of 426x240

- 1219292 (referred to herein as the "1219292 Bandwidth") having a resolution of 852x480

- 1627245 (referred to herein as the "1627245 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
| --- | --- |
| 334273 Bandwidth | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1219292 Bandwidth | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1627245 Bandwidth | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **334273 Bandwidth** version can be considered a low-quality stream, the **1219292 Bandwidth** version can be considered a medium-quality stream, and the **1627245 Bandwidth** version can be considered a high-quality stream.

A client device accessing the Spankbang Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Spankbang content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

6

As shown in the test data, the client device accessing the Spankbang Site selects the **334273 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the Spankbang Site. The Spankbang Server(s) returns the playlist file with the contents below.

---

[5]#EXTM3U
#EXT-X-TARGETDURATION:10
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:3
#EXT-X-MEDIA-SEQUENCE:1
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:4.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
[***]

---

[5] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment

7

The variant playlist file is an HLS playlist. Each line in the file path "/hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 2 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing the Spankbang Site selects the **1627245 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The Spankbang Server(s) returns the playlist file for the **1627245 Bandwidth** with the contents below.

```
#EXTM3U
#EXT-X-TARGETDURATION:10
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:3
#EXT-X-MEDIA-SEQUENCE:1
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:4.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
                                [***]
```

8

As with the variant playlist file for the **334273 Bandwidth** version, the variant playlist file for the **1627245 Bandwidth** version is an HLS playlist. Each line in the file path "/hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 2 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (identified by "hls_6s_-[#]-v1-a1") are the same duration across variant playlists. For example, the streamlets "hls_6s_-6-v1-a1.ts?..." in the **334273 Bandwidth** variant playlist and "hls_6s_-6-v1-a1.ts?..." in the **1627245 Bandwidth** variant playlist, respectively, have durations of 2 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. Spankbang uses a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[a]  receiving, by the client device, digital content from the at least one server via the at least one TCP connection over the network,*

As shown above in element 12[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.12[pre].

As explained above, the client devices executing the instructions from the Spankbang Site requests (and is provided with) segments, or streamlets, from the one or more Spankbang servers to display on the client device through the media player executed by the instructions provided by the web page of the Spankbang Site. The streamlets are communicated to the client device accessing the Spankbang Site via an internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video.

During streaming of the instant test video, at least one TCP connection is established to transmit video files from one or more servers to the client device. The client device accessing the Spankbang Site requests streamlets from the one or more servers associated with Spankbang via HTTP GET requests. The server(s) associated with the host URI (**vstream-15.sb-cd.com**) for the instant test video are identifiable at the below IP addresses:

```
C:\Users\        >nslookup vstream-15.sb-cd.com
Server:   UnKnown
Address:  2600:1700:e40:ccf0::1

Non-authoritative answer:
Name:     1221174739.rsc.cdn77.org
Address:  185.180.13.16
Aliases:  vstream-15.sb-cd.com
```

Windows Powershell nslookup for vstream-15.sb-cd.com (highlights added).

Thus, the limitations for this claim element are met. Spankbang, operating on the client devices, requires the client device accessing the Spankbang Site to output rate-adaptive streams received via fulfilled HTTP Get requests to one or more servers associated with Spankbang connected to the client device via at least one TCP connection.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[b]   wherein multiple different copies of the digital content encoded at different bit rates are stored as individually-requestable portions on the at least one server,*

As shown above in elements 12[pre]-[a], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[a].

As explained above, the one or more servers, whose content is accessible by the client devices through a web page on the Spankbang Site, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, Spankbang stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The numerous variant streams of the video displayed by the media player executed by the instructions provided by the web page of the Spankbang Site include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Rose kelly true masturbation," the client device made an HTTP GET request to **hls-uranus.sb-cd.com** for a master manifest located at the following path: **/hls/1/2/12024219-,240p,480p,720p,.mp4.urlset/master.m3u8?secure=m7Lq9ei7EmKS5iceduqWLA,1773934367&m=15&d=6&_tid=12024219** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

10

[6] #EXTM3U
#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=334273,RESOLUTION=426x240,FRAME-RATE=24.000,CODECS="avc1.42c01e,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1219292,RESOLUTION=852x480,FRAME-RATE=24.000,CODECS="avc1.4d401f,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1627245,RESOLUTION=1280x720,FRAME-RATE=24.000,CODECS="avc1.640020,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845

#EXT-X-I-FRAME-STREAM-INF:BANDWIDTH=47235,RESOLUTION=426x240,CODECS="avc1.42c01e",URI="https://hls-uranus.sb-cd.com/hls/1/2/12024219-240p.mp4/iframes-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
#EXT-X-I-FRAME-STREAM-INF:BANDWIDTH=169764,RESOLUTION=852x480,CODECS="avc1.4d401f",URI="https://hls-uranus.sb-cd.com/hls/1/2/12024219-480p.mp4/iframes-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
#EXT-X-I-FRAME-STREAM-INF:BANDWIDTH=204669,RESOLUTION=1280x720,CODECS="avc1.640020",URI="https://hls-uranus.sb-cd.com/hls/1/2/12024219-720p.mp4/iframes-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"

File path: **master.m3u8**

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 334273 (referred to herein as the "334273 Bandwidth") having a resolution of 426x240

---

[6] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
  - YELLOW = variant streams
  - RED = bitrates of variant streams

- 1219292 (referred to herein as the "1219292 Bandwidth") having a resolution of 852x480

- 1627245 (referred to herein as the "1627245 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| 334273 Bandwidth | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1219292 Bandwidth | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1627245 Bandwidth | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **334273 Bandwidth** version can be considered a low-quality stream, the **1219292 Bandwidth** version can be considered a medium-quality stream, and the **1627245 Bandwidth** version can be considered a high-quality stream.

A client device accessing the Spankbang Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Spankbang content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the Spankbang Site selects the **334273 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the Spankbang Site. The Spankbang Server(s) returns the playlist file with the contents below.

```
[7]#EXTM3U
#EXT-X-TARGETDURATION:10
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:3
#EXT-X-MEDIA-SEQUENCE:1
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-1-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-2-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-3-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-4-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:4.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-5-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-6-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-7-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-8-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
                              [***]
```

The variant playlist file is an HLS playlist. Each line in the file path "/hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 2 seconds long and return sequential segments of the video.

---

[7] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment

13

Similarly shown in the test data, when the client device accessing the Spankbang Site selects the **1627245 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The Spankbang Server(s) returns the playlist file for the **1627245 Bandwidth** with the contents below.

```
#EXTM3U
#EXT-X-TARGETDURATION:10
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:3
#EXT-X-MEDIA-SEQUENCE:1
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:4.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
                              [***]
```

As with the variant playlist file for the **334273 Bandwidth** version, the variant playlist file for the **1627245 Bandwidth** version is an HLS playlist. Each line in the file path "/hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 2 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (identified by "hls_6s_-[#]-v1-a1")

14

are the same duration across variant playlists. For example, the streamlets "hls_6s_-6-v1-a1.ts?..." in the **334273 Bandwidth** variant playlist and "hls_6s_-6-v1-a1.ts?..." in the **1627245 Bandwidth** variant playlist, respectively, have durations of 2 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. Spankbang videos are stored on one or more servers associated with Spankbang as multiple different copies, each of which is comprised of individually-requestable segments encoded at the same of multiple various bit rates.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[c]    wherein each of the individually-requestable portions of a corresponding copy of the digital content is a different portion of the digital content during presentation,*

As shown above in elements 12[pre]-[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[b].

Moreover, Spankbang's digital content is divided into a plurality of individually-requestable portions, or streamlets, such that each streamlet corresponds to a portion of a video at a particular bit rate. The plurality of streamlets at the same bit rate comprise at least a portion of a copy of the video requested.

For example, in the instant test of a video titled "Rose kelly true masturbation," the client device made an HTTP GET request to **hls-uranus.sb-cd.com** for a master manifest located at the following                                 path:                                 **/hls/1/2/12024219-,240p,480p,720p,.mp4.urlset/master.m3u8?secure=m7Lq9ei7EmKS5iceduqWLA,1773934367&m=15&d=6&_tid=12024219** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[8]  #EXTM3U
#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=334273,RESOLUTION=426x240,FRAME-RATE=24.000,CODECS="avc1.42c01e,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1219292,RESOLUTION=852x480,FRAME-RATE=24.000,CODECS="avc1.4d401f,mp4a.40.2"

---

[8] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- YELLOW = variant streams
- RED = bitrates of variant streams

```
https://hls-uranus.sb-cd.com/hls/1/2/12024219-480p.mp4/index-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1627245,RESOLUTION=1280x720,FRAME-
RATE=24.000,CODECS="avc1.640020,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-720p.mp4/index-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845

#EXT-X-I-FRAME-STREAM-
INF:BANDWIDTH=47235,RESOLUTION=426x240,CODECS="avc1.42c01e",URI="https://hl
s-uranus.sb-cd.com/hls/1/2/12024219-240p.mp4/iframes-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
#EXT-X-I-FRAME-STREAM-
INF:BANDWIDTH=169764,RESOLUTION=852x480,CODECS="avc1.4d401f",URI="https://h
ls-uranus.sb-cd.com/hls/1/2/12024219-480p.mp4/iframes-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
#EXT-X-I-FRAME-STREAM-
INF:BANDWIDTH=204669,RESOLUTION=1280x720,CODECS="avc1.640020",URI="https:/
/hls-uranus.sb-cd.com/hls/1/2/12024219-720p.mp4/iframes-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
```

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
| --- | --- |
| 334273 Bandwidth | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1219292 Bandwidth | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1627245 Bandwidth | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

As shown for example below, each of the **334273 Bandwidth** and **1627245 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

16

| [9]Bandwidth | Streamlet |
|---|---|
| **334273 Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

---

[9] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- BLUE = media segment
- YELLOW = variant stream

17

| | [***] |
|---|---|
| **1627245** **Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |

18

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from Spankbang's server(s).

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the variant streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the variant streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" variant streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43. And, HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player executed by the instructions provided by the web page of the Spankbang Site to synchronize the media. *Id*. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in variant streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

Thus, the limitations of this claim element are met. Spankbang videos are stored on one or more servers associated with Spankbang as multiple different copies, each of which is comprised of individually-requestable segments, or streamlets, encoded at the same of multiple various bit rates. Each streamlet for each bit rate version of the video correspond to a different portion of the video program.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[d]   wherein the individually-requestable portions across the different copies yield the same portions of the digital content upon presentation, and wherein the receiving comprises:*

As shown above in elements 12[pre]-[c], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[c].

Moreover, Spankbang videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate.

The Master Manifest shows at least three versions of the video stream at the following bandwidths:

- 334273 (referred to herein as the "334273 Bandwidth") having a resolution of 426x240

- 1219292 (referred to herein as the "1219292 Bandwidth") having a resolution of 852x480

- 1627245 (referred to herein as the "1627245 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| **334273 Bandwidth** | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| **1219292 Bandwidth** | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| **1627245 Bandwidth** | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

As shown below, each of the **334273 Bandwidth** and **1627245 Bandwidth** version playlists contain segments, or streamlets, that encode segments of the Spankbang's test video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [10]Bandwidth | Streamlet |
|---|---|
| **334273 Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-2-v1- |

---

[10] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment
- PURPLE = identifier for media segment

20

| | |
|---|---|
| | a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |
| **1627245<br>Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

21

|  | #EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |
| --- | --- |

On information and belief, playlists for the other variant streams also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from the Spankbang's server(s).

Referring to the variant stream data shown above, segment 6 (hls_6s_-6-v1-a1.ts) of the low quality stream (12024219-240p.mp4) yields 2 seconds of the video to be viewed, here "Rose kelly true masturbation," and segment 6 (hls_6s_-6-v1-a1.ts) of the high quality stream (12024219-720p.mp4) yields the same 2 seconds of the video to be viewed. Similarly, segment 7 (hls_6s_-7-v1-a1.ts) of the low quality stream (12024219-240p.mp4) yields the next 2 seconds of the video to be viewed, here "Rose kelly true masturbation," and segment 7 (hls_6s_-7-v1-a1.ts) of the high quality stream (12024219-720p.mp4) yields the same next 2 seconds of the video to be viewed. This correspondence continues for each of the streamlets in each of the variant playlists. Therefore, the respective Media Segments across different variant streams yield the same portions of the video to be viewed on playback.

For the instant test, the client device requests and receives the streamlets corresponding to the portion of the video such that the video is viewed in continuous fashion. Below is an excerpt of the Charles "Sequence" listing showing the same alongside the status of the requests:

| Method | Host | Path | … | Status |
| --- | --- | --- | --- | --- |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-28-v1- | … | Complete |

22

| GET | | a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | | |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-29-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-30-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-31-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-32-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-33-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-34-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-35-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-36-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-37-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-38-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-39-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-40-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-41-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-480p.mp4/hls_6s_-42-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-43-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0- | … | Complete |

| | | | | |
|---|---|---|---|---|
| | | D_BmIAJ0DVd8fVeGH A,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219- 720p.mp4/hls_6s_-44-v1- a1.ts?_tid=12024219&d= 6&m=15&secure=rj0- D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |

Thus, the limitations for this claim element are met. Spankbang videos are stored on one or more servers associated with Spankbang as multiple different copies, each of which is comprised of individually-requestable segments, or streamlets, encoded at the same of multiple various bit rates. Each streamlet for each bit rate version of the video correspond to a different portion of the video program. Similarly, the portion of the video corresponding to a particular streamlet is the same portion of the video corresponding to another streamlet in a different bit rate. For example, the portion of the video corresponding to the third streamlet in the low quality bit rate version of the test video yields the same portion of the video corresponding to the third streamlet in the high quality bit rate version.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[e]   requesting by the client device a plurality of sequential individually-requestable portions of one of the copies from the at least one server;*

As shown above in elements 12[pre]-[d], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[d].

As explained above, the client device executing the instructions from the Spankbang Site requests (and is provided with) segments, or streamlets, from the one or more Spankbang servers to display on the client device through the media player executed by the instructions provided by the web page of the Spankbang Site. The streamlets are communicated to the client device accessing the Spankbang Site via an internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video.

During streaming of the instant test video, at least one TCP connection is established to transmit video files from one or more servers to the client device. The client device accessing the Spankbang Site requests streamlets from the one or more servers associated with Spankbang via HTTP GET requests. The server(s) associated with the host URI (**vstream-15.sb-cd.com**) for the instant test video are identifiable at the below IP addresses:

```
C:\Users\            >nslookup vstream-15.sb-cd.com
Server:   UnKnown
Address:  2600:1700:e40:ccf0::1

Non-authoritative answer:
Name:     1221174739.rsc.cdn77.org
Address:  185.180.13.16
Aliases:  vstream-15.sb-cd.com
```

Windows Powershell nslookup for vstream-15.sb-cd.com (highlights added).

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three versions of the video stream at the following bandwidths:

- 334273 (referred to herein as the "334273 Bandwidth") having a resolution of 426x240

- 1219292 (referred to herein as the "1219292 Bandwidth") having a resolution of 852x480

- 1627245 (referred to herein as the "1627245 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| **334273 Bandwidth** | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| **1219292 Bandwidth** | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| **1627245 Bandwidth** | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

As shown in the excerpt of the instant test below, the client device initially requests and receives the **1627245 Bandwidth** version of the streamlets (indicated by the **12024219-**

26

**720p.mp4**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the Spankbang Application determines—pursuant to instructions received from the Spankbang Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **334273 Bandwidth** version of the streamlets (indicated by the **12024219-240p.mp4**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **1219292 Bandwidth** version of the streamlets (indicated by the **12024219-480p.mp4**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| [11]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-28-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-29-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-30-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-31-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

---

[11] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-32-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
|-----|----------------------|------|------|----------|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-33-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-34-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-35-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-36-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-37-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-38-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-39-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0- | … | Complete |

28

| | | | | |
|---|---|---|---|---|
| | | D_BmIAJ0DVd8fVeGH A,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-40-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-41-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-480p.mp4/hls_6s_-42-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-43-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-44-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |

Spankbang's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the Spankbang Site, "[t]he client," which is the client device accessing the Spankbang Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

29

On information and belief, the Spankbang Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and [c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the Spankbang Site uses AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the Spankbang Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, AVPlayer generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

Thus, the limitations for this claim element are met. Spankbang videos are stored on one or more servers associated with Spankbang as multiple different copies, each of which is comprised of individually-requestable segments encoded at the same of multiple various bit rates. The client device accessing the Spankbang Site requests the plurality of individually requestable segments of one of the copies from the one or more servers associated with the Spankbang Site.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[ff]    automatically requesting by the client device from the at least one server subsequent portions of the digital content by requesting for each such portion one of the individually-requestable portions from one of the copies dependent upon successive determinations by the client device to change a requested bit rate to a higher or lower bit rate one of the different copies,*

As shown above in elements 12[pre]-[e], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[e].

As explained above, a client device accessing the Spankbang Site provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with Spankbang. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

On information and belief, the Spankbang Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and [c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the Spankbang Site uses AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the Spankbang Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, AVPlayer generates factors indicative of, for example, connection

strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing the Spankbang Site successively determines whether to switch to request higher or lower bandwidth versions of the stream. The Spankbang Site contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three versions of the video stream at the following bandwidths:

- 334273 (referred to herein as the "334273 Bandwidth") having a resolution of 426x240

- 1219292 (referred to herein as the "1219292 Bandwidth") having a resolution of 852x480

- 1627245 (referred to herein as the "1627245 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| **334273 Bandwidth** | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| **1219292 Bandwidth** | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| **1627245 Bandwidth** | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

31

For the instant test below, the client device initially requests and receives the **1627245 Bandwidth** version of the streamlets (indicated by the **12024219-720p.mp4**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the Spankbang Application determines—pursuant to instructions received from the Spankbang Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **334273 Bandwidth** version of the streamlets (indicated by the **12024219-240p.mp4**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **1219292 Bandwidth** version of the streamlets (indicated by the **12024219-480p.mp4**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| [12]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-28-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-29-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-30-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-31-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

[12] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

32

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-32-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
|-----|----------------------|--------------------------------------------------------------------------------------------------------------|-----|----------|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-33-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-34-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-35-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-36-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-37-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-38-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-39-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0- | … | Complete |

| | | | | |
|---|---|---|---|---|
| | | D_BmIAJ0DVd8fVeGH A,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-40-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-41-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-480p.mp4/hls_6s_-42-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-43-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-44-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |

Spankbang's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the Spankbang Site, "[t]he client," which is the client device accessing the Spankbang Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. The client device accessing the Spankbang Site automatically requests the plurality of individually requestable streamlets from the one or more servers associated with the Spankbang Site based upon instructions communicated to the device by the Spankbang Site. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[g]   the automatically requesting including repeatedly generating a factor indicative of a current ability to receive the digital content at a rate sufficient for presenting the digital content as the digital content is received, individually-requestable wherein the factor relates to a performance of the network; and*

As shown above in elements 12[pre]-[f], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[f].

As explained above, Spankbang uses adaptive bitrate streaming to stream its videos, including the test video "Rose kelly true masturbation." The client device accessing the Spankbang Site may access the plurality of videos in a playlist by making an HTTP GET request to the Spankbang Site.

On information and belief, the Spankbang Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and [c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the Spankbang Site uses AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the Spankbang Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, AVPlayer generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing the Spankbang Site successively determines whether to switch to request higher or lower bandwidth versions of the stream. The Spankbang Site contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three versions of the video stream at the following bandwidths:

- 334273 (referred to herein as the "334273 Bandwidth") having a resolution of 426x240

- 1219292 (referred to herein as the "1219292 Bandwidth") having a resolution of 852x480

- 1627245 (referred to herein as the "1627245 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| **334273 Bandwidth** | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| **1219292 Bandwidth** | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| **1627245 Bandwidth** | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

For the instant test below, the client device initially requests and receives the **1627245 Bandwidth** version of the streamlets (indicated by the **12024219-720p.mp4**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the Spankbang Application determines—pursuant to instructions received from the Spankbang Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **334273 Bandwidth** version of the streamlets (indicated by the **12024219-240p.mp4**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **1219292 Bandwidth** version of the streamlets (indicated by the **12024219-480p.mp4**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

36

| [13]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-28-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-29-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-30-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-31-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-32-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-33-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-34-v1-a1.ts?_tid=12024219&d= | … | Complete |

[13] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

37

| | | | | |
|---|---|---|---|---|
| | | 6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-35-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-36-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-37-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-38-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-39-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-40-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-41-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-480p.mp4/hls_6s_-42-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-43-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-44-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

The test video's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player, "[t]he client," which is the media player embedded on the web page of the Spankbang Application, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. The client device accessing the Spankbang Site automatically requests the plurality of individually requestable streamlets from the one or more servers associated with the Spankbang Site based upon instructions communicated to the device by the Spankbang Site. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program. The determinations include repeatedly generating at least one factor indicative of the client device's current ability to receive or present the digital content at a rate commensurate with the client device's network connection with the one or more servers associated with Spankbang.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[h]   making the successive determinations whether to change the requested bit rate based on the factor to achieve continuous presentation of the digital content using the individually-requestable portions of the highest bit rate one of the copies determined receivable at that time at a rate sufficient for presenting the digital content as the individually-requestable portions of the digital content are received,*

As shown above in elements 12[pre]-[g], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[g].

The client device accessing the Spankbang Site automatically requests the plurality of individually requestable streamlets from the one or more servers associated with the Spankbang Site based upon instructions communicated to the device by the Spankbang Site. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program. The determinations include repeatedly generating at least one factor indicative of the client device's current ability to receive or present the digital content at a rate commensurate with the client device's network connection with the one or more servers associated with Spankbang.

Thus, the limitations for this claim element are met. Spankbang uses a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network including making the successive determinations whether to change the requested bit rate based on the factor to achieve continuous presentation of the digital content using the individually-requestable portions of the highest bit rate one of the copies determined receivable at that time at a rate sufficient for presenting the digital content as the individually-requestable portions of the digital content are received.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[i]   wherein the making of the successive determinations to change the requested bit rate comprises:*
>
> *requesting a subsequent individually-requestable portion from a higher bit rate one of the different copies than a currently requested one of the different copies when the at least one factor is greater than a first threshold; and*

As shown above in elements 12[pre]-[h], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[h].

As explained above, Spankbang uses adaptive bitrate streaming to stream its videos, including the test video "Rose kelly true masturbation." The client device accessing the Spankbang Site may access the plurality of videos in a playlist by making an HTTP GET request to the Spankbang Site.

On information and belief, the Spankbang Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and [c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the Spankbang Site uses AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the Spankbang Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, AVPlayer generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing the Spankbang Site successively determines whether to switch to request higher or lower bandwidth versions of the stream. The Spankbang Site contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three versions of the video stream at the following bandwidths:

- 334273 (referred to herein as the "334273 Bandwidth") having a resolution of 426x240

- 1219292 (referred to herein as the "1219292 Bandwidth") having a resolution of 852x480

- 1627245 (referred to herein as the "1627245 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| **334273 Bandwidth** | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

41

| 1219292 Bandwidth | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
|---|---|
| 1627245 Bandwidth | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

For the instant test below, the client device initially requests and receives the **1627245 Bandwidth** version of the streamlets (indicated by the **12024219-720p.mp4**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the Spankbang Application determines—pursuant to instructions received from the Spankbang Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **334273 Bandwidth** version of the streamlets (indicated by the **12024219-240p.mp4**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **1219292 Bandwidth** version of the streamlets (indicated by the **12024219-480p.mp4**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| [14]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-28-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-29-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-30-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0- | … | Complete |

---

[14] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment

| | | D_BmIAJ0DVd8fVeGH A,1773933845 | | |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-31-v1-a1.ts?_tid=12024219&d= 6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-32-v1-a1.ts?_tid=12024219&d= 6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-33-v1-a1.ts?_tid=12024219&d= 6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-34-v1-a1.ts?_tid=12024219&d= 6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-35-v1-a1.ts?_tid=12024219&d= 6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-36-v1-a1.ts?_tid=12024219&d= 6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-37-v1-a1.ts?_tid=12024219&d= 6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-38-v1- | … | Complete |

43

| GET | | | | |
|---|---|---|---|---|
| | | a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-39-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-40-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-41-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-480p.mp4/hls_6s_-42-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-43-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-44-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

Thus, the limitations for this claim element are met. When the client device determines that the generated factor is greater than a first threshold, the client device executing the instructions from Spankbang will request the individually-requestable streamlets from a higher bit rate version of the video.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 12[j]    *requesting a subsequent individually-requestable portion from a lower bit rate one of the different copies than the currently requested one of the different copies when the at least one factor is less than a second threshold; and*

As shown above in elements 12[pre]-[i], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[i].

For the instant test below, the client device initially requests and receives the **1627245 Bandwidth** version of the streamlets (indicated by the **12024219-720p.mp4**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the Spankbang Application determines—pursuant to instructions received from the Spankbang Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **334273 Bandwidth** version of the streamlets (indicated by the **12024219-240p.mp4**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **1219292 Bandwidth** version of the streamlets (indicated by the **12024219-480p.mp4**).  Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| [15]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-28-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-29-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-30-v1- | … | Complete |

---

[15] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

45

| | | | | |
|---|---|---|---|---|
| | | a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-31-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-32-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-33-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-34-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-35-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-36-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-37-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-38-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
|-----|----------------------|---------------------------------------------------------------------------------------------------------------|----|----------|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-39-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-40-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-41-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-480p.mp4/hls_6s_-42-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-43-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-44-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

Thus, the limitations for this claim element are met. When the client device determines that the generated factor is lower than a second threshold, the client device executing the instructions

47

from Spankbang will request the individually-requestable streamlets from a lower bit rate version of the video.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| 12[k] | arranging the individually-requestable portions requested from the at least one server in order of ascending presentation time for output to a presentation device. |

As shown above in elements 12[pre]-[j], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[j].

As shown below, each of the **334273 Bandwidth** and **1627245 Bandwidth** version playlists contain segments, or streamlets, that encode segments of the Spankbang's test video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [16]Bandwidth | Streamlet |
|---|---|
| **334273 Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

---

[16] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- BLUE = media segment
- GREEN = timestamp

48

| | |
|---|---|
| | #EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |
| **1627245 Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-6-v1- |

49

a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845

[***]

When the client device accessing the Spankbang Site requests streaming of a video hosted on the server at **vstream-15.sb-cd.com**, the video is played back in order of ascending playback time, as indicated by the sequential playing of Media Segments, shown below.

| [17]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-28-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-29-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-30-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-31-v1- | … | Complete |

[17]  Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- PURPLE = identifier for media segment

| GET | | a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | | |
| --- | --- | --- | --- | --- |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-32-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-33-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-34-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-35-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-36-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-37-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-38-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-39-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-40-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-41-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-480p.mp4/hls_6s_-42-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-43-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-44-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

For example, below is a screenshot of the client device accessing the Spankbang Site during playback of the instant test video:

52



Thus, the limitations for this claim element are met. Spankbang uses a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network including arranging the individually-requestable portions requested from the at least one server in order of ascending presentation time for output to a presentation device.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

53