# EXHIBIT G

<u>**EXEMPLARY INFRINGEMENT CHART FOR U.S. PATENT NO. 8,868,772**</u>[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by MBB Ventures LLC ("Spankbang"), using the Spankbang website, available at www.spankbang.com (last visited 4/17/2026) ("Spankbang Site"), that infringe at least claim 1 of U.S. Patent No. 8,868,772 ("the '772 Patent"). Upon information and belief, Spankbang operates streaming services that infringe one or more claims of the '772 Patent (the "Accused Websites"), including at least the Spankbang Site.

The chart is exemplary and should not be read to limit DISH's assertions against Spankbang as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how Spankbang infringes the claims below.

The following evidence and descriptions, including tests conducted on the Spankbang Site, shows that the Accused Websites meet each element of the aforementioned claim(s) of the '772 Patent in substantially the same manner described below.

To the extent that users are required to meet elements of these claims, Spankbang induces its users to meet the claim limitation because Spankbang provides users with instructions and guidance on how users can use Accused Websites to perform each element of the claims. *See, e.g.*, https://spankbang.com/blog/spankbang-is-back-and-banging-harder-than-ever/ (last visited 4/17/2026); https://spankbang.com/creator/info (last visited 4/17/2026); https://spankbang.com/blog/spankbang-content-partner-program-faq/ (last visited 4/17/2026).

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the Asserted Patent addressed in that section unless otherwise indicated.

I.    **U.S. Patent No. 8,868,772**

A.    Claim 1

| 1[pre]  *A method for presenting rate-adaptive streams, the method comprising* |
| --- |

The Spankbang Site provides information that permits a client device accessing the Spankbang Site to output rate-adaptive streams received via fulfilled HTTP Get requests to one or more servers associated with Spankbang connected to the client device via at least one TCP connection. Example client devices include Apple iPhones and Apple iPads equipped to access the internet via one or more network connections. The client devices include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of Spankbang tested and used the Spankbang Site on devices in the U.S. during the relevant time period.

The images in this chart are from the Spankbang Site through any computing device that includes a web browser, such as Microsoft Edge, Google Chrome, or iOS Safari. In addition, the media player executed based upon instructions given by, the Spankbang Site is available to run on content player devices supporting all the latest versions of major web browsers.

Tests were conducted on videos offered over the Spankbang Site executed on an Apple iPhone. As part of the testing, an Apple iPhone accessing the Spankbang Site was connected to the internet through the Charles Proxy application, which enabled the ability to proxy the device's network traffic, to view the device's network traffic, and to throttle the network's available bandwidth. Thus, the test simulated how the Spankbang Site responded to lower and higher bandwidths. For the current test, a video titled "Rose kelly true masturbation" was selected, and at various times throughout the playback of the video, bandwidth was restricted to download speeds of 2048 kbps. As observed through the tests, when the user selects a video from the available videos, the media player executed by the instructions provided by the web page of the Spankbang Site displays more details regarding the video and provides the user with the option to view the video.

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from Spankbang's video server over the network, the Spankbang Site's adaptive bitrate streams are provided to the media player executed by the instructions provided by the web page of the Spankbang Site from a server over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

2

When executed, the Spankbang Site operates a media player operating on a client device, which is configured to request Spankbang's digital content from one or more servers via at least one TCP connection over the network.

Spankbang's content is stored on one or more servers over a network and is displayed to client devices via a media player executed by the instructions provided by the web page of the Spankbang Site. Spankbang confirms that it provides videos to client devices through media players on its website, accessible at https://spankbang.com/creator/info (last visited 4/17/2026) ("We support 'tube' videos, which are long, landscape-format videos. The technical specifications are a minimum length of 60 seconds, and all popular video formats are supported."). Further, on information and belief, employees, affiliates, and/or agents of Spankbang have tested and used the Spankbang Site on devices in the U.S. during the relevant time period.

The one or more servers accessible by the client device accessing the embedded media player store streamlets corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

Thus, the limitations for this claim element are met. Spankbang provides a method for presenting rate-adaptive streams.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| 1[a]    *streaming by a media player operating on an end user station a video from a set of one or more servers,* |

As shown above in element 1[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.1[pre].

The Spankbang Site includes a media player configured to stream the video from one or more servers via at least one TCP connection over the network.

As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **vstream-15.sb-cd.com**.

| [2]Method | Host | Path[3] | … | Status |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-a1.ts?... | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-a1.ts?... | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-a1.ts?... | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-a1.ts?... | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-a1.ts?... | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-a1.ts?... | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-a1.ts?... | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-a1.ts?... | … | Complete |

The URI **vstream-15.sb-cd.com** is affiliated with the below IP addresses:

```
C:\Users\          >nslookup vstream-15.sb-cd.com
Server:   UnKnown
Address:  2600:1700:e40:ccf0::1

Non-authoritative answer:
Name:     1221174739.rsc.cdn77.org
Address:  185.180.13.16
Aliases:  vstream-15.sb-cd.com
```

---

[2] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

[3] Video path abbreviated for readability throughout.

4

Windows Powershell nslookup for vstream-15.sb-cd.com (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=185.180.13.16#ipresult shows this IP address associated with one or more servers in Los Angeles, California.

Thus, the Spankbang Site operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one transmission control protocol (TCP) connection.

The one or more servers, whose content is accessible by the client devices through a web page on the Spankbang Site, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, Spankbang stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The numerous variant streams of the video displayed by the media player executed by the instructions provided by the web page of the Spankbang Site include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Rose kelly true masturbation," the client device made an HTTP GET request to **hls-uranus.sb-cd.com** for a master manifest located at the following path: **/hls/1/2/12024219-,240p,480p,720p,.mp4.urlset/master.m3u8?secure=m7Lq9ei7EmKS5iceduqWLA,1773934367&m=15&d=6&_tid=12024219** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

```
4  #EXTM3U
#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=334273,RESOLUTION=426x240,FRAME-
RATE=24.000,CODECS="avc1.42c01e,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-240p.mp4/index-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1219292,RESOLUTION=852x480,FRAME-
RATE=24.000,CODECS="avc1.4d401f,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-480p.mp4/index-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1627245,RESOLUTION=1280x720,FRAME-
RATE=24.000,CODECS="avc1.640020,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-720p.mp4/index-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
```

---

4 Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- YELLOW = variant streams
- RED = bitrates of variant streams

```
#EXT-X-I-FRAME-STREAM-
INF:BANDWIDTH=47235,RESOLUTION=426x240,CODECS="avc1.42c01e",URI="https://hl
s-uranus.sb-cd.com/hls/1/2/12024219-240p.mp4/iframes-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
#EXT-X-I-FRAME-STREAM-
INF:BANDWIDTH=169764,RESOLUTION=852x480,CODECS="avc1.4d401f",URI="https://h
ls-uranus.sb-cd.com/hls/1/2/12024219-480p.mp4/iframes-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
#EXT-X-I-FRAME-STREAM-
INF:BANDWIDTH=204669,RESOLUTION=1280x720,CODECS="avc1.640020",URI="https:/
/hls-uranus.sb-cd.com/hls/1/2/12024219-720p.mp4/iframes-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
```

File path: **master.m3u8**

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 334273 (referred to herein as the "334273 Bandwidth") having a resolution of 426x240

- 1219292 (referred to herein as the "1219292 Bandwidth") having a resolution of 852x480

- 1627245 (referred to herein as the "1627245 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| 334273 Bandwidth | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1219292 Bandwidth | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1627245 Bandwidth | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **334273 Bandwidth** version can be considered a low-quality stream, the **1219292 Bandwidth** version can be considered a medium-quality stream, and the **1627245 Bandwidth** version can be considered a high-quality stream.

6

A client device accessing the Spankbang Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Spankbang content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the Spankbang Site selects the **334273 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the Spankbang Site. The Spankbang Server(s) returns the playlist file with the contents below.

```
[5]#EXTM3U
#EXT-X-TARGETDURATION:10
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:3
#EXT-X-MEDIA-SEQUENCE:1
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-1-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-2-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-3-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-4-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:4.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-5-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-6-v1-
```

---

[5] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment

7

a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-7-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-8-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845

[***]

The variant playlist file is an HLS playlist. Each line in the file path "/hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 2 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing the Spankbang Site selects the **1627245 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The Spankbang Server(s) returns the playlist file for the **1627245 Bandwidth** with the contents below.

#EXTM3U
#EXT-X-TARGETDURATION:10
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:3
#EXT-X-MEDIA-SEQUENCE:1
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:4.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-

a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-
a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845

[***]

As with the variant playlist file for the **334273 Bandwidth** version, the variant playlist file for the **1627245 Bandwidth** version is an HLS playlist. Each line in the file path "/hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 2 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (identified by "hls_6s_-[#]-v1-a1") are the same duration across variant playlists. For example, the streamlets "hls_6s_-6-v1-a1.ts?..." in the **334273 Bandwidth** variant playlist and "hls_6s_-6-v1-a1.ts?..." in the **1627245 Bandwidth** variant playlist, respectively, have durations of 2 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. Spankbang provides a method for presenting rate-adaptive streams including streaming by a media player operating on an end user station a video from a set of one or more servers.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| 1[b]   *wherein each of a plurality of different copies of the video encoded at different bitrates is stored as multiple files on the set of servers,* |

As shown above in elements 1[pre]-[a], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[a].

The one or more servers, whose content is accessible by the client device through a web page on the Spankbang Site, store streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions.

The numerous variant streams of the video displayed by the media player embedded in the web page of the Spankbang Site include a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Rose kelly true masturbation," the client device made an HTTP GET request to **hls-uranus.sb-cd.com** for a master manifest located at the following path: **/hls/1/2/12024219-,240p,480p,720p,.mp4.urlset/master.m3u8?secure=m7Lq9ei7EmKS5iceduqWLA,1773934367&m=15&d=6&_tid=12024219** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

9

[6] #EXTM3U
#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=334273,RESOLUTION=426x240,FRAME-
RATE=24.000,CODECS="avc1.42c01e,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-240p.mp4/index-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1219292,RESOLUTION=852x480,FRAME-
RATE=24.000,CODECS="avc1.4d401f,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-480p.mp4/index-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1627245,RESOLUTION=1280x720,FRAME-
RATE=24.000,CODECS="avc1.640020,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-720p.mp4/index-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845

#EXT-X-I-FRAME-STREAM-
INF:BANDWIDTH=47235,RESOLUTION=426x240,CODECS="avc1.42c01e",URI="https://hl
s-uranus.sb-cd.com/hls/1/2/12024219-240p.mp4/iframes-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
#EXT-X-I-FRAME-STREAM-
INF:BANDWIDTH=169764,RESOLUTION=852x480,CODECS="avc1.4d401f",URI="https://h
ls-uranus.sb-cd.com/hls/1/2/12024219-480p.mp4/iframes-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
#EXT-X-I-FRAME-STREAM-
INF:BANDWIDTH=204669,RESOLUTION=1280x720,CODECS="avc1.640020",URI="https:/
/hls-uranus.sb-cd.com/hls/1/2/12024219-720p.mp4/iframes-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"

File path: **master.m3u8**

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 334273 (referred to herein as the "334273 Bandwidth") having a resolution of 426x240

- 1219292 (referred to herein as the "1219292 Bandwidth") having a resolution of 852x480

---

[6] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
-    YELLOW = variant streams
-    RED = bitrates of variant streams

- 1627245 (referred to herein as the "1627245 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| 334273 Bandwidth | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1219292 Bandwidth | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1627245 Bandwidth | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **334273 Bandwidth** version can be considered a low-quality stream, the **1219292 Bandwidth** version can be considered a medium-quality stream, and the **1627245 Bandwidth** version can be considered a high-quality stream.

A client device accessing the Spankbang Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Spankbang content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the Spankbang Site selects the **334273 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the Spankbang Site. The Spankbang Server(s) returns the playlist file with the contents below.

11

```
[7]#EXTM3U
#EXT-X-TARGETDURATION:10
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:3
#EXT-X-MEDIA-SEQUENCE:1
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:4.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845

                              [***]
```

The variant playlist file is an HLS playlist. Each line in the file path "/hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 2 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing the Spankbang Site selects the **1627245 Bandwidth** version of the stream, it makes a request for the corresponding

---

[7] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment

playlist. The Spankbang Server(s) returns the playlist file for the **1627245 Bandwidth** with the contents below.

```
#EXTM3U
#EXT-X-TARGETDURATION:10
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:3
#EXT-X-MEDIA-SEQUENCE:1
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:2.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:4.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXTINF:6.000,
https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845

                              [***]
```

As with the variant playlist file for the **334273 Bandwidth** version, the variant playlist file for the **1627245 Bandwidth** version is an HLS playlist. Each line in the file path "/hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 2 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (identified by "hls_6s_-[#]-v1-a1") are the same duration across variant playlists. For example, the streamlets "hls_6s_-6-v1-a1.ts?..." in the **334273 Bandwidth** variant playlist and "hls_6s_-6-v1-a1.ts?..." in the **1627245 Bandwidth** variant playlist, respectively, have durations of 2 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. Spankbang provides a method for presenting rate-adaptive streams wherein each of a plurality of different copies of the video encoded at different bitrates is stored as multiple files on the set of servers.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| 1[c]    *wherein each of the multiple files yields a different portion of the video on playback,* |

As shown above in elements 1[pre]-[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[b].

As mentioned above, Spankbang videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate.

In the instant test of a video titled "Rose kelly true masturbation," the client device made an HTTP GET request to **hls-uranus.sb-cd.com** for a master manifest located at the following path: **/hls/1/2/12024219-,240p,480p,720p,.mp4.urlset/master.m3u8?secure=m7Lq9ei7EmKS5iceduqWLA,1773934367&m=15&d=6&_tid=12024219** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

```
8  #EXTM3U
#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=334273,RESOLUTION=426x240,FRAME-
RATE=24.000,CODECS="avc1.42c01e,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-240p.mp4/index-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1219292,RESOLUTION=852x480,FRAME-
RATE=24.000,CODECS="avc1.4d401f,mp4a.40.2"
https://hls-uranus.sb-cd.com/hls/1/2/12024219-480p.mp4/index-v1-
a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845
#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1627245,RESOLUTION=1280x720,FRAME-
RATE=24.000,CODECS="avc1.640020,mp4a.40.2"
```

---

[8] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- YELLOW = variant streams
- RED = bitrates of variant streams

<mark>https://hls-uranus.sb-cd.com/hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845</mark>

#EXT-X-I-FRAME-STREAM-INF:BANDWIDTH=47235,RESOLUTION=426x240,CODECS="avc1.42c01e",URI="https://hls-uranus.sb-cd.com/hls/1/2/12024219-240p.mp4/iframes-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
#EXT-X-I-FRAME-STREAM-INF:BANDWIDTH=169764,RESOLUTION=852x480,CODECS="avc1.4d401f",URI="https://hls-uranus.sb-cd.com/hls/1/2/12024219-480p.mp4/iframes-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"
#EXT-X-I-FRAME-STREAM-INF:BANDWIDTH=204669,RESOLUTION=1280x720,CODECS="avc1.640020",URI="https://hls-uranus.sb-cd.com/hls/1/2/12024219-720p.mp4/iframes-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845"

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| <mark>334273 Bandwidth</mark> | /hls/1/2/12024219-<mark>240p</mark>.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| <mark>1219292 Bandwidth</mark> | /hls/1/2/12024219-<mark>480p</mark>.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| <mark>1627245 Bandwidth</mark> | /hls/1/2/12024219-<mark>720p</mark>.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

As shown for example below, each of the **334273 Bandwidth** and **1627245 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [9]Bandwidth | Streamlet |
|---|---|
| **3089900 Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10 |

---

[9] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- <mark style="background:cyan">BLUE = media segment</mark>
- <mark>YELLOW = variant stream</mark>

15

| | |
|---|---|
| | #EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |
| **6076400 Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-1-v1- |

16

| | a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |
|---|---|

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from Spankbang's server(s).

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the variant streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the variant streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" variant streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43. And, HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player executed by the instructions provided by the web page of

the Spankbang Site to synchronize the media. *Id*. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in variant streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

Spankbang's video server stores the video wherein "each of the low quality stream, the medium quality stream, and the high quality stream comprising a group of streamlets." The HLS protocol indicates that "[a] Media Playlist contains a list of Media Segments, which, when played sequentially, will play the multimedia presentation." RFC 8216 at 4; *see also* RFC 8216 at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation.").

Each of the Media Segments in HLS yields a different portion of the video on playback. For example, HLS provides that "[e]ach segment in a Media Playlist has a unique integer Media Sequence Number. The Media Sequence Number of the first segment in the Media Playlist is either 0 or declared in the Playlist (Section 4.3.3.2). The Media Sequence Number of every other segment is equal to the Media Sequence Number of the segment that precedes it plus one." RFC 8216 at 6. As such, "[e]ach Media Segment MUST carry the continuation of the encoded bitstream from the end of the segment with the previous Media Sequence Number, where values in a series such as timestamps and Continuity Counters MUST continue uninterrupted." RFC 8216 at 6. Thus, each of the streamlets in a set must yield a different portion of the video on playback.

The streamlets across the different copies yield the same portions of the video on playback. As set forth above, each of the variant streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the variant streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" variant streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43.

Thus, the limitations for this claim element are met. Spankbang provides a method for presenting rate-adaptive streams wherein each of the multiple files yields a different portion of the video on playback.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| 1[d]    *wherein the multiple files across the different copies yield the same portions of the video on playback,* |

As shown above in elements 1[pre]-[c], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[c].

Moreover, Spankbang videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate.

The Master Manifest shows at least three versions of the video stream at the following bandwidths:

- 334273 (referred to herein as the "334273 Bandwidth") having a resolution of 426x240

- 1219292 (referred to herein as the "1219292 Bandwidth") having a resolution of 852x480

- 1627245 (referred to herein as the "1627245 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| 334273 Bandwidth | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1219292 Bandwidth | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1627245 Bandwidth | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

As shown below, each of the **334273 Bandwidth** and **1627245 Bandwidth** version playlists contain segments, or streamlets, that encode segments of the Spankbang's test video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [10]Bandwidth | Streamlet |
|---|---|

---

[10] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment
- PURPLE = identifier for media segment

19

| 3089900 Bandwidth | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |
| 6076400 Bandwidth | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1 |

| | |
|---|---|
| | #EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |

On information and belief, playlists for the other variant streams also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from the Spankbang's server(s).

Referring to the variant stream data shown above, segment 6 (hls_6s_-6-v1-a1.ts) of the low quality stream (12024219-240p.mp4) yields 2 seconds of the video to be viewed, here "Rose kelly true masturbation," and segment 6 (hls_6s_-6-v1-a1.ts) of the high quality stream (12024219-720p.mp4) yields the same 2 seconds of the video to be viewed. Similarly, segment 7 (hls_6s_-7-v1-a1.ts) of the low quality stream (12024219-240p.mp4) yields the next 2 seconds of the video to be viewed, here "Rose kelly true masturbation," and segment 7 (hls_6s_-7-v1-a1.ts)

21

of the high quality stream (12024219-720p.mp4) yields the same next 2 seconds of the video to be viewed. This correspondence continues for each of the streamlets in each of the variant playlists. Therefore, the respective Media Segments across different variant streams yield the same portions of the video to be viewed on playback.

For the instant test, the client device requests and receives the streamlets corresponding to the portion of the video such that the video is viewed in continuous fashion. Below is an excerpt of the Charles "Sequence" listing showing the same alongside the status of the requests:

| Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-28-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-29-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-30-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-31-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-32-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-33-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

22

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-34-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-35-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-36-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-37-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-38-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-39-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-40-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-41-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0- | … | Complete |

23

| | | | | |
|---|---|---|---|---|
| | | D_BmIAJ0DVd8fVeGHA,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-480p.mp4/hls_6s_-42-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-43-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-44-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

Thus, the limitations for this claim element are met. Spankbang provides a method for presenting rate-adaptive streams wherein the multiple files across the different copies yield the same portions of the video on playback.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *1[e]    each of said files having a time index such that the files whose playback is the same portion of the video for each of the different copies have the same time index in relation to the beginning of the video, and wherein the streaming comprises:*

As shown above in elements 1[pre]-[d], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[d].

As explained above, Spankbang videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate.

Each of the Media Segments in HLS yields a different portion of the video on playback. For example, HLS provides that "[e]ach segment in a Media Playlist has a unique integer Media Sequence Number. The Media Sequence Number of the first segment in the Media Playlist is either

0 or declared in the Playlist (Section 4.3.3.2). The Media Sequence Number of every other segment is equal to the Media Sequence Number of the segment that precedes it plus one." RFC 8216 at 6. As such, "[e]ach Media Segment MUST carry the continuation of the encoded bitstream from the end of the segment with the previous Media Sequence Number, where values in a series such as timestamps and Continuity Counters MUST continue uninterrupted." RFC 8216 at 6. Additionally, HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player embedded in the web page of the Spankbang Site to synchronize the media. RFC 8216 at 43. Thus, the streamlets across the different copies yield the same portions of the video on playback.

As set forth above, each of the variant streams "describes a different version of the same content." RFC 8216 at 5.  Thus, each of the variant streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42.  Indeed, to allow "clients to switch between" variant streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43.

As shown below, each of the **334273 Bandwidth** and **1627245 Bandwidth** version playlists contain segments, or streamlets, that encode segments of the Spankbang's test video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [11]Bandwidth | Streamlet |
| --- | --- |
| **3089900 Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

---

[11] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.

- YELLOW = variant streams
- BLUE = media segment
- PURPLE = identifier for media segment

| | |
|---|---|
| | #EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |
| **6076400 Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-5-v1- |

26

|  | a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |
| --- | --- |

On information and belief, playlists for the other variant streams also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from the Spankbang's server(s).

Referring to the variant stream data shown above, segment 6 (hls_6s_-6-v1-a1.ts) of the low quality stream (12024219-240p.mp4) yields 2 seconds of the video to be viewed, here "Rose kelly true masturbation," and segment 6 (hls_6s_-6-v1-a1.ts) of the high quality stream (12024219-720p.mp4) yields the same 2 seconds of the video to be viewed. Similarly, segment 7 (hls_6s_-7-v1-a1.ts) of the low quality stream (12024219-240p.mp4) yields the next 2 seconds of the video to be viewed, here "Rose kelly true masturbation," and segment 7 (hls_6s_-7-v1-a1.ts) of the high quality stream (12024219-720p.mp4) yields the same next 2 seconds of the video to be viewed. This correspondence continues for each of the streamlets in each of the variant playlists. Therefore, each respective Media Segments across different versions of the variant streams have the same time index and yield the same portions of the video to provide continuous and uninterrupted playback of the video.

Thus, the limitations for this claim element are met. Spankbang provides a method for presenting rate-adaptive streams wherein each of said files having a time index such that the files whose playback is the same portion of the video for each of the different copies have the same time index in relation to the beginning of the video.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result. For example, the Accused Websites perform substantially the same function because they request files in a sequential order that are timestamped. Additionally, the Accused Websites function in substantially the same way by being requested in a sequential order based on the timestamps from the beginning of the video. Lastly, the Accused Websites achieve substantially the same result

because the files are requested and produced in sequential order from the beginning of the video to the end.

> 1[f]    *requesting by the media player a plurality of sequential ones of the files of one of the copies from the set of servers over a plurality of Transmission Control Protocol (TCP) connections based on the time indexes;*

As shown above in elements 1[pre]-[e], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[e].

As explained above, the client device executing the instructions from the Spankbang Site requests (and is provided with) segments, or streamlets, from the one or more Spankbang servers to display on the client device through the media player embedded in the web page of the Spankbang Site. The streamlets are communicated to the client device accessing the Spankbang Site via an internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video.

During streaming of the instant test video, a plurality of TCP connections is established to transmit video files from one or more servers to the client device. The client device accessing the Spankbang Site requests streamlets from the one or more servers associated with Spankbang via HTTP GET requests. The client device accessing the Spankbang Site evaluates the established TCP connections to determine if transmission of the files have been duplicated, delayed, lost, are out of sequence, or are otherwise deficient pursuant to certain parameters. If so, the client device accessing the Spankbang Site makes requests to the server to retransmit or adjust transmission of the files. Once the client device accessing the Spankbang Site determines that it has received the files such that they may be played in the appropriate order, the media files are accordingly played back on the client device in, for example, ascending chronological order. The server(s) associated with the host URI (**vstream-15.sb-cd.com**) for the instant test video are identifiable at the below IP addresses:

```
C:\Users\          >nslookup vstream-15.sb-cd.com
Server:   UnKnown
Address:  2600:1700:e40:ccf0::1

Non-authoritative answer:
Name:     1221174739.rsc.cdn77.org
Address:  185.180.13.16
Aliases:  vstream-15.sb-cd.com
```

Windows Powershell nslookup for vstream-15.sb-cd.com (highlights added).

Additionally, HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player embedded in the web page of the Spankbang Site

28

to synchronize the media. RFC 8216 at 43. And, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in variant streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

As noted above, the variant playlist file is an HLS playlist. Each line in the file that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. In the present test, the End User Station uses HTTP GET requests to request and retrieve the segments of the encoded stream specified in the file above. The video files are hosted at **vstream-15.sb-cd.com**, and most of the streamlets, with a few exceptions, are 5 seconds long.

The received playlists at each resolution includes video streamlets. Within each bandwidth playlist file, there are multiple .ts files, each .ts file in each respective bandwidth playlist file yielding the same segmented moments in the video.

| Bandwidth | Streamlet |
|---|---|
| **334273** **Bandwidth** | #EXTM3U <br> #EXT-X-TARGETDURATION:10 <br> #EXT-X-ALLOW-CACHE:YES <br> #EXT-X-PLAYLIST-TYPE:VOD <br> #EXT-X-VERSION:3 <br> #EXT-X-MEDIA-SEQUENCE:1 <br> #EXTINF:2.000, <br> https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 <br> #EXTINF:2.000, <br> https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 <br> #EXTINF:2.000, <br> https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 <br> #EXTINF:2.000, <br> https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 <br> #EXTINF:4.000, <br> https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 <br> #EXTINF:6.000, <br> https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0- |

| | |
|---|---|
| | D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |
| **1627245 Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000, |

| | https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |
|---|---|

On information and belief, the other variant stream playlists comprise the same number of streamlets, each corresponding to the same portion of video as is respective counterpart in the streamlet files shown above.

The matching timestamps and Discontinuity Sequence Numbers for matching content across the variant streams are "in relation to the beginning of the video." For example, HLS requires that "[e]ach Media Segment MUST carry the continuation of the encoded bitstream from the end of the segment with the previous Media Sequence Number, where values in a series such as timestamps and Continuity Counters MUST continue uninterrupted." RFC 8216 at 6; *see also* RFC 8216 at 45 ("A client MUST NOT assume that segments with the same Media Sequence Number in different variant streams or Renditions have the same position in the presentation; Playlists MAY have independent Media Sequence Numbers. Instead, a client MUST use the relative position of each segment on the Playlist timeline and its Discontinuity Sequence Number to locate corresponding segments.").

Indeed, to adapt playback between different bitrate variant streams, the End User Station accessing the Spankbang Site "can use the EXTINF durations and the constraints in Section 6.2.4 to determine the approximate location of corresponding media. Once media from the new variant stream has been loaded, the timestamps in the Media Segments can be used to synchronize the old and new timelines precisely." RFC 8216 at 47.

For each of the available bandwidth versions, the Master Manifest provides a link to a variant playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant or version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Path |
|---|---|
| 334273 Bandwidth | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1219292 Bandwidth | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| 1627245 Bandwidth | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

As shown in the excerpt of the instant test below, the client device initially requests and receives the **1627245 Bandwidth** version of the streamlets (indicated by the **12024219-**

31

**720p.mp4**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the Spankbang Application determines—pursuant to instructions received from the Spankbang Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **334273 Bandwidth** version of the streamlets (indicated by the **12024219-240p.mp4**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **1219292 Bandwidth** version of the streamlets (indicated by the **12024219-480p.mp4**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| [12]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-28-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-29-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-30-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-31-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

---

[12] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-32-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-33-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-34-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-35-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-36-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-37-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-38-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-39-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0- | … | Complete |

| | | | | |
|---|---|---|---|---|
| | | D_BmIAJ0DVd8fVeGH A,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-40-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-41-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-480p.mp4/hls_6s_-42-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-43-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-44-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGH A,1773933845 | … | Complete |

Thus, the limitations for this claim element are met. Spankbang provides a method for presenting rate-adaptive streams including requesting by the media player a plurality of sequential ones of the files of one of the copies from the set of servers over a plurality of Transmission Control Protocol (TCP) connections based on the time indexes.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result. The Accused Websites perform substantially the same function because they request files in a sequential order that are timestamped. The Accused Websites function in substantially the same way by being requested in a sequential order based on the timestamps from the beginning of the

34

video. The Accused Websites achieve substantially the same result because the files are requested and produced in sequential order from the beginning of the video to the end.

> 1[g]    *automatically requesting by the media player from the set of servers over the plurality of TCP connections subsequent portions of the video by requesting for each such portion one of the files from one of the copies dependent upon successive determinations by the media player to shift the playback quality to a higher or lower quality one of the different copies, said automatically requesting including,*

As shown above in elements 1[pre]-[f], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[f].

As explained above, the video segments are requested and received over a plurality of TCP connections. Also explained above, the streamlets are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video. The requests are transmitted automatically, without the need for user-inputted request for the sequential streamlets.

During streaming of the instant test video, a plurality of TCP connections is established to transmit video files from one or more servers to the client device. The client device accessing the Spankbang Site requests streamlets from the one or more servers associated with Spankbang via HTTP GET requests. The client device accessing the Spankbang Site evaluates the established TCP connections to determine if transmission of the files have been duplicated, delayed, lost, are out of sequence, or are otherwise deficient pursuant to certain parameters. If so, the client device accessing the Spankbang Site makes requests to the server to retransmit or adjust transmission of the files. Once the client device accessing the Spankbang Site determines that it has received the files such that they may be played in the appropriate order, the media files are accordingly played back on the client device in, for example, ascending chronological order. The server(s) associated with the host URI (**vstream-15.sb-cd.com**) for the instant test video are identifiable at the below IP addresses:

```
C:\Users\          >nslookup vstream-15.sb-cd.com
Server:   UnKnown
Address:   2600:1700:e40:ccf0::1

Non-authoritative answer:
Name:     1221174739.rsc.cdn77.org
Address:  185.180.13.16
Aliases:  vstream-15.sb-cd.com
```

Windows Powershell nslookup for vstream-15.sb-cd.com (highlights added).

On information and belief, the Spankbang Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and [c]lients should choose Renditions based on user preferences." RFC 8216.

35

Accordingly, the Spankbang Site uses AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the Spankbang Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, AVPlayer generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing the Spankbang Site successively determines whether to switch to request higher or lower bandwidth versions of the stream. The Spankbang Site contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three versions of the video stream at the following bandwidths:

- 334273 (referred to herein as the "334273 Bandwidth") having a resolution of 426x240

- 1219292 (referred to herein as the "1219292 Bandwidth") having a resolution of 852x480

- 1627245 (referred to herein as the "1627245 Bandwidth") having a resolution of 1280x720

36

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| **334273 Bandwidth** | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| **1219292 Bandwidth** | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| **1627245 Bandwidth** | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

For the instant test below, the client device initially requests and receives the **1627245 Bandwidth** version of the streamlets (indicated by the **12024219-720p.mp4**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the Spankbang Application determines—pursuant to instructions received from the Spankbang Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **334273 Bandwidth** version of the streamlets (indicated by the **12024219-240p.mp4**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **1219292 Bandwidth** version of the streamlets (indicated by the **12024219-480p.mp4**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| [13]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-28-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-29-v1-a1.ts?_tid=12024219&d= | … | Complete |

---

[13] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

37

| | | | | |
|---|---|---|---|---|
| | | 6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-30-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-31-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-32-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-33-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-34-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-35-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-36-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

38

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-37-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
|-----|---------------------|---------------------------------------|-----|----------|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-38-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-39-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-40-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4hls_6s_-41-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-480p.mp4hls_6s_-42-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4hls_6s_-43-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4hls_6s_-44-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0- | … | Complete |

39

| | | D_BmIAJ0DVd8fVeGH A,1773933845 | | |
|---|---|---|---|---|

Thus, the limitations for this claim element are met. Spankbang provides a method for presenting rate-adaptive streams including automatically requesting by the media player from the set of servers over the plurality of TCP connections subsequent portions of the video by requesting for each such portion one of the files from one of the copies dependent upon successive determinations by the media player to shift the playback quality to a higher or lower quality one of the different copies.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> **1[h]    *repeatedly generating a set of one or more factors indicative of the current ability to sustain the streaming of the video using the files from different ones of the copies,***

As shown above in elements 1[pre]-[g], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[g].

As explained above, Spankbang uses adaptive bitrate streaming to stream its videos, including the test video "Rose kelly true masturbation." The client device accessing the Spankbang Site may access the plurality of videos in a playlist by making an HTTP GET request to the Spankbang Site.

On information and belief, the Spankbang Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and [c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the Spankbang Site uses AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the Spankbang Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, AVPlayer generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing the Spankbang Site successively determines whether to switch to request higher or lower bandwidth versions of the stream. The Spankbang Site contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

Thus, the limitations for this claim element are met. Spankbang provides a method for presenting rate-adaptive streams including repeatedly generating a set of one or more factors indicative of the current ability to sustain the streaming of the video using the files from different ones of the copies.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| 1[i] | *wherein the set of one or more factors relate to the performance of the network; and* |
|---|---|

As shown above in elements 1[pre]-[h], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[h].

As explained above, Spankbang uses adaptive bitrate streaming to stream its videos, including the test video "Rose kelly true masturbation." The client device accessing the Spankbang Site may access the plurality of videos in a playlist by making an HTTP GET request to the Spankbang Site.

On information and belief, the Spankbang Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and [c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the Spankbang Site uses AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the Spankbang Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, AVPlayer generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing the Spankbang Site successively determines whether to switch to request higher or lower bandwidth versions of the stream. The Spankbang Site contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.,* RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

41

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

Thus, the limitations for this claim element are met. Spankbang provides a method for presenting rate-adaptive streams wherein the set of one or more factors relate to the performance of the network.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 1[j]     *making the successive determinations to shift the playback quality based on at least one of the set of factors to achieve continuous playback of the video using the files of the highest quality one of the copies determined sustainable at the time; and*

As shown above in elements 1[pre]-[i], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[i].

As explained above, client device receives the requested streamlets via one or more network connections in accordance with the determinations made based upon available bandwidth. This includes upshifting in resolution when the available bandwidth can support a higher resolution of the video *and* downshifting when the available bandwidth can no longer support then-displayed resolution of the video.

During streaming of the instant test video, a plurality of TCP connections is established to transmit video files from one or more servers to the client device. The client device accessing the Spankbang Site requests streamlets from the one or more servers associated with Spankbang via HTTP GET requests. The client device accessing the Spankbang Site evaluates the established TCP connections to determine if transmission of the files have been duplicated, delayed, lost, are out of sequence, or are otherwise deficient pursuant to certain parameters. If so, the client device accessing the Spankbang Site makes requests to the server to retransmit or adjust transmission of the files. Once the client device accessing the Spankbang Site determines that it has received the files such that they may be played in the appropriate order, the media files are accordingly played back on the client device in, for example, ascending chronological order. The server(s) associated with the host URI (**vstream-15.sb-cd.com**) for the instant test video are identifiable at the below IP addresses:

42

```
C:\Users\          >nslookup vstream-15.sb-cd.com
Server:   UnKnown
Address:  2600:1700:e40:ccf0::1

Non-authoritative answer:
Name:     1221174739.rsc.cdn77.org
Address:  185.180.13.16
Aliases:  vstream-15.sb-cd.com
```

Windows Powershell nslookup for vstream-15.sb-cd.com (highlights added).

As explained above, Spankbang uses adaptive bitrate streaming to stream its videos, including the test video "Rose kelly true masturbation." The client device accessing the Spankbang Site may access the plurality of videos in a playlist by making an HTTP GET request to the Spankbang Site.

On information and belief, the Spankbang Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and [c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the Spankbang Site uses AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the Spankbang Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, AVPlayer generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing the Spankbang Site successively determines whether to switch to request higher or lower bandwidth versions of the stream. The Spankbang Site contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three versions of the video stream at the following bandwidths:

- 334273 (referred to herein as the "334273 Bandwidth") having a resolution of 426x240

- 1219292 (referred to herein as the "1219292 Bandwidth") having a resolution of 852x480

- 1627245 (referred to herein as the "1627245 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
| --- | --- |
| **334273 Bandwidth** | /hls/1/2/12024219-240p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| **1219292 Bandwidth** | /hls/1/2/12024219-480p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |
| **1627245 Bandwidth** | /hls/1/2/12024219-720p.mp4/index-v1-a1.m3u8?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

For the instant test below, the client device initially requests and receives the **1627245 Bandwidth** version of the streamlets (indicated by the **12024219-720p.mp4**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the Spankbang Application determines—pursuant to instructions received from the Spankbang Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **334273 Bandwidth** version of the streamlets (indicated by the **12024219-240p.mp4**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **1219292 Bandwidth** version of the streamlets (indicated by the **12024219-480p.mp4**).  Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| [14]Method | Host | Path | … | Status |
| --- | --- | --- | --- | --- |

---

[14] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

44

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-28-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
|-----|---------------------|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-29-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-30-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-31-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-32-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-33-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-34-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-35-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0- | … | Complete |

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-36-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
|---|---|---|---|---|
| | | D_BmIAJ0DVd8fVeGHA,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-36-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-37-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-38-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-39-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-40-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-41-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-480p.mp4/hls_6s_-42-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-43-v1- | … | Complete |

| | | | | |
|---|---|---|---|---|
| | | a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-44-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

Thus, the limitations for this claim element are met. Spankbang provides a method for presenting rate-adaptive streams including making the successive determinations to shift the playback quality based on at least one of the set of factors to achieve continuous playback of the video using the files of the highest quality one of the copies determined sustainable at the time.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 1[k]    *presenting the video by playing back with the media player on the end user station the requested files in order of ascending playback time.*

As shown above in elements 1[pre]-[j], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[j].

The media player embedded in the web page of the Spankbang Site provides the streamlets of the video to the End User Station over a network connection in order of ascending playback time.

As shown below, each of the **334273  Bandwidth** and **1627245 Bandwidth** version playlists contain segments, or streamlets, that encode segments of the Spankbang's test video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [15]Bandwidth | Streamlet |
|---|---|
| **334273 Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD |

---

[15] Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- BLUE = media segment
- GREEN = timestamp

| | |
|---|---|
| | #EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-240p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |
| **1627245 Bandwidth** | #EXTM3U<br>#EXT-X-TARGETDURATION:10<br>#EXT-X-ALLOW-CACHE:YES<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-VERSION:3<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-1-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 |

48

| | #EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-2-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-3-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:2.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-4-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:4.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-5-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-6-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-7-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br>#EXTINF:6.000,<br>https://vstream-15.sb-cd.com/hls/1/2/12024219-720p.mp4/hls_6s_-8-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845<br><br>[***] |

When the client device accessing the Spankbang Site requests streaming of a video hosted on the server at **vstream-15.sb-cd.com**, the video is played back in order of ascending playback time, as indicated by the sequential playing of Media Segments, shown below.

| [16]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-28-v1- | … | Complete |

[16]  Any highlighting presented throughout this chart is intended to exemplify certain elements of Spankbang's operation and is not intended to limit DISH's position with respect to how Spankbang practices any element of the claims.
- PURPLE = identifier for media segment

| | | | | |
|---|---|---|---|---|
| | | a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-29-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-30-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-31-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-32-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-33-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-34-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-35-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

50

| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-36-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
|---|---|---|---|---|
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-37-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-38-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-39-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-40-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-240p.mp4/hls_6s_-41-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-480p.mp4/hls_6s_-42-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-43-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0- | … | Complete |

51

| | | | | |
|---|---|---|---|---|
| | | D_BmIAJ0DVd8fVeGHA,1773933845 | | |
| GET | vstream-15.sb-cd.com | /hls/1/2/12024219-720p.mp4/hls_6s_-44-v1-a1.ts?_tid=12024219&d=6&m=15&secure=rj0-D_BmIAJ0DVd8fVeGHA,1773933845 | … | Complete |

For example, below is a screenshot of the client device accessing the Spankbang Site during playback of the instant test video:



Thus, the limitations for this claim element are met. Spankbang provides a method for presenting rate-adaptive streams including presenting the video by playing back with the media player on the end user station the requested files in order of ascending playback time.

To the extent that Spankbang contends that the Accused Websites do not literally satisfy this limitation, Spankbang infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.