IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

DISH TECHNOLOGIES L.L.C. and SLING TV
L.L.C.,

               Plaintiffs,

     v.

MBB VENTURES LLC,

               Defendant.

C.A. No. 26-526-GBW

**JURY TRIAL DEMANDED**

## PLAINTIFFS' UNOPPOSED MOTION AND <u>[PROPOSED] ORDER TO EXTEND TIME</u>

Plaintiffs DISH Technologies L.L.C. and Sling TV L.L.C. respectfully move this Court to extend the deadline for Defendant MBB Ventures LLC to respond to complaint by 30 days, to June 29, 2026.  The parties have conferred pursuant to D. Del. LR 7.1.1,, Defendant has requested the above extension, and plaintiffs have consented.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
| *Of Counsel:* | /s/ John G. Day |
|  | _____ |
| Kurt Pankratz | John G. Day (#2403) |
| BAKER BOTTS L.L.P. | Andrew C. Mayo (#5207) |
| 2001 Ross Avenue, Suite 900 | 500 Delaware Avenue, 8th Floor |
| Dallas, TX 75201 | P.O. Box 1150 |
| (214) 953-6584 | Wilmington, DE  19899 |
| kurt.pankratz@bakerbotts.com | (302) 654-1888 |
|  | jday@ashbygeddes.com |
| Ali Dhanani | amayo@ashbygeddes.com |
| BAKER BOTTS L.L.P. |  |
| One Shell Plaza | *Attorneys for Plaintiffs* |
| 910 Louisiana Street |  |
| Houston, TX 77002-4995 |  |
| (713) 229-1234 |  |
| ali.dhanani@bakerbotts.com |  |

{02228182;v1 }

2

Jamie R. Lynn
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, D.C. 20001
(202) 639-7701
jamie.lynn@bakerbotts.com

Dated:  May 28, 2026


SO ORDERED this _____ day of _____, 2026.


_____
Honorable Gregory B. Williams
United State District Court Judge